IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

Criminal case no.
1:12-cr-0264-SCJ

IBRAHIM BARRIE, and
SAMUEL BOLAY
    Defendants.

## ORDER

This matter is before the Court for consideration of the Final Report and Recommendation of Magistrate Russell G. Vineyard [Doc. No. 65], to which no objections have been filed. After reviewing the Report and Recommendation, it is received with approval and **ADOPTED** as the opinion and order of this Court. Accordingly, Defendant Barrie's motion to suppress evidence [Doc. No. 49] is hereby **DENIED**. Defendant Bolay's motion to sever [Doc. No. 52] is hereby **DENIED** to the extent not mooted by the entry of Defendant Bolay's January 3, 2013 guilty plea.

IT IS SO ORDERED, this 25th day of January, 2013.

HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE